JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CURTIS FIELDS, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, Trustee on Behalf of the Certificate Holders of GSAA Home Equity Trust 2004-09 Asset-Backed Certificates Series 2004-9, and DOES 1 through 50, inclusive, <br><br>　　　　Defendants. | Case No.: CV 10-3763 DSF (MANx) <br><br> JUDGMENT |

　　The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 6/21/10

_____
Dale S. Fischer
United States District Judge